671 A.2d 120

WALTER MILOS, PETITIONER–RESPONDENT, v. EXXON
COMPANY, USA, RESPONDENT–APPELLANT.

Argued January 29, 1996—Decided February 22, 1996.

*Richard V. Jones* argued the cause for appellant (*Bressler, Amery & Ross,* attorneys).

*Jerry M. Finn* argued the cause for respondent (*Schneider, Goldberger, Cohen, Finn, Solomon, Leder & Montalbano,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the opinion of Judge Rodriguez of the Appellate Division, reported at 281 *N.J.Super.* 194, 656 *A.*2d 1300 (1995).

*For affirmance*—Chief Justice WILENTZ and Justices HANDLER, POLLOCK, O'HERN, STEIN and COLEMAN—6.

*Opposed*—none.